UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-80035-Rosenberg/Reinhart

18 U.S.C. § 371
18 U.S.C. § 922(a)(6)
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

vs.

BRANDON ANTONINE BATTLE
and RODNEY JOSEPH MARTIN JR.,

Defendants.
_____/

FILED BY SP D.C.

MAR 02 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INDICTMENT

The Grand Jury charges that:

### General Allegations

At all times relevant to this Indictment:

1. The Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") is an agency of the United States Department of Justice responsible for enforcing and administering federal firearms laws and regulations.

2. Pursuant to Title 18, United States Code, Section 922(a)(6) it is unlawful for any person in connection with the acquisition of a firearm to make a false or fictious statement that is intended or likely to deceive a licensed firearms dealer.

3. A "licensed dealer," also known as a federal firearm licensee ("FFL"), as defined by Title 18, United States Code, Section 921(a)(11), means any person who is licensed under Chapter 44, United States Code, as a dealer and includes any person engaged in the business of selling firearms at wholesale or retail, any person engaged in the business of repairing firearms or

1

of making or fitting special barrels, stocks, or trigger mechanisms to firearms, and any person who is a pawnbroker. Pursuant to Title 18, United States Code, Section 923, an FFL must maintain a place of business subject to inspection; complete and maintain records concerning the receipt, sale, and disposition of firearms; require customers to complete an ATF Form 4473 whenever a firearm is transferred; report multiple sales of two or more handguns to the same transferee/buyer; and conduct a background check and obtain approval of the sale through the National Instant Criminal Background Check System ("NICS").

4. An ATF Form 4473 is designed so that an FFL may determine if he or she can lawfully sell and deliver a firearm to the person completing the form as the transferee/buyer. An ATF Form 4473 is also designed to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms. The ATF Form 4473 documents the serial number, type of firearm sold, the transferee/buyer, and whether the transferee/buyer is eligible to possess and buy a firearm. Eligibility to purchase a firearm is determined by the answers to a series of questions, that covers a list of disqualifying factors under federal law, including, whether the transferee/buyer is the actual buyer, a convicted felon, has a history of drug abuse or mental incapacity, and whether the transferee/buyer has legal status to be in the United States. The transferee/buyer must personally complete the ATF Form 4473 and certify by signature that the answers are true, correct, and complete.

5. An ATF Form 4473 includes a warning that a person is not the actual transferee/buyer of a firearm if the person is acquiring the firearm on behalf of another person. If the person is not the actual transferee/buyer, the FFL cannot transfer the firearm. The form warns that a transferee/buyer who falsely verifies that he or she is the actual buyer of the firearm, commits a crime punishable as a felony under federal law, pursuant to Title 18, United States Code, Section

922(a)(6), as the true identity of the actual buyer of the firearm is material to the lawfulness of the sale.

## COUNT 1

From in or around May 2022, the exact date being unknown to the Grand Jury, and continuing through on or about July 10, 2022, in Palm Beach County, and elsewhere, in the Southern District of Florida, the defendants,

**BRANDON ANTONINE BATTLE**
**and**
**RODNEY JOSEPH MARTIN JR.,**

did knowingly and willfully combine, conspire, confederate, and agree with each other, and with other persons known and unknown to the Grand Jury, to knowingly make false and fictitious written statements in connection with the acquisition of firearms from licensed firearm dealers, which statements were intended and likely to deceive the licensed firearms dealers as to a fact material to the lawfulness of the sale and other disposition of such firearms, in violation of Title 18, United States Code, Section 922(a)(6).

### Object and Purpose of the Conspiracy

It was the object and purpose of the conspiracy for the defendants, and others known and unknown to the Grand Jury, to unlawfully conceal the true identity of the actual buyer/transferee of firearms from licensed firearm dealers and circumvent the mandatory waiting period for individuals who do not possess a concealed weapons permit.

### Manner and Means of the Conspiracy

The manner and means by which the defendants, and others known and unknown to the Grand Jury, sought to accomplish the purpose and object of the conspiracy, included, among other things, the following:

1. **BRANDON ANTONINE BATTLE** acted as a straw purchaser and made material false statements to licensed firearm dealers in the United States.

2. **RODNEY JOSEPH MARTIN JR.** caused material false statements to be made to licensed firearm dealers by having **BRANDON ANTONINE BATTLE** purchase firearms for him as a straw purchaser.

## Overt Acts

In furtherance of the conspiracy and to achieve the objects thereof, at least one of the coconspirators committed and caused to be committed in the Southern District of Florida, at least one of the following overt acts, among others:

1. On or about May 28, 2022, **BRANDON ANTONINE BATTLE** sent a text message to **RODNEY JOSEPH MARTIN JR.** that stated: "I'm on my way!"

2. On or about May 28, 2022, **BRANDON ANTONINE BATTLE** sent a text message to **RODNEY JOSEPH MARTIN JR.** that stated: "How much you throwing me for these purchases."

3. On or about May 28, 2022, **BRANDON ANTONINE BATTLE** and **RODNEY JOSEPH MARTIN JR.** met at the West Palm Beach Gun and Knife Show in West Palm Beach, Florida.

4. On or about May 28, 2022, **BRANDON ANTONINE BATTLE** signed a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 in connection with the purchase of a Palmetto State Armory AK-P7 semi-automatic pistol from Arms Hills, LLC, a federally licensed firearms dealer.

5. On or about May 28, 2022, **BRANDON ANTONINE BATTLE** signed a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 in connection with the purchase of a

Springfield Armoy Hellcat semi-automatic pistol from Florida Shore Firearms, LLC, a federally licensed firearms dealer.

6. On or about May 28, 2022, **BRANDON ANTONINE BATTLE** signed a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 in connection with the purchase of a Glock G43X semi-automatic pistol from D&D Sales and Service, Inc., a federally licensed firearms dealer.

7. On or about May 28, 2022, **BRANDON ANTONINE BATTLE** signed a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 in connection with the purchase of an Aero Precision X-15 semi-automatic pistol from JRC, a federally licensed firearms dealer.

8. On or about July 9, 2022, **RODNEY JOSEPH MARTIN, JR.** sent a text message to **BRANDON ANTONINE BATTLE** that stated, in part: "You sent me 250 and like I There was change from the guns …"

9. On July 9, 2022, **BRANDON ANTONINE BATTLE** signed a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 in connection with the purchase of a FN Herstal Five-Seven semi-automatic pistol and a Century Arms AP5 Storm semi-automatic pistol from PJAMMO, LLC, a federally licensed firearms dealer.

All in violation of Title 18, United States Code, Section 371.

## COUNTS 2-6

1. The allegations set forth in paragraphs 1 through 5 of the General Allegations section of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2. On or about the date specified as to each count below, in Palm Beach County and Broward County, in the Southern District of Florida, the defendants,

**BRANDON ANTONINE BATTLE**
**and**
**RODNEY JOSEPH MARTIN, JR.,**

in connection with the acquisition of a firearm from a federally licensed firearms dealer, did knowingly make a false and fictitious written statement to the dealer, which statement was intended and likely to deceive the dealer with respect to a fact material to the lawfulness of the sale and other disposition of the such firearms, in that **BRANDON ANTONINE BATTLE** represented in a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, that he was the actual transferee/buyer of the firearms, when in truth and in fact, and as the defendants then and there well knew, **BRANDON ANTONINE BATTLE** was acquiring the firearm on behalf of the defendant **RODNEY JOSEPH MARTIN JR.**, as described below:

| COUNT | DATE | FIREARMS | FEDERAL FIREARMS LICENSEE |
|---|---|---|---|
| 2 | 5/28/2022 | One (1) Palmetto State Armory, Model AK-P7, 7.62x39 caliber semi-automatic pistol, with serial number P7-014279 | ARMS HILL, LLC, in Palm Beach County, Florida |
| 3 | 5/28/2022 | One (1) Springfield Armory, Model Hellcat, 9 millimeter semi-automatic pistol, with serial number BB204361 | Florida Shore Firearms, LLC, in Palm Beach County, Florida |
| 4 | 5/28/2022 | One (1) Glock, Model G43X, 9 millimeter semi-automatic pistol, with serial number BWVD299 | D&D Sales & Service, Inc., in Palm Beach County, Florida |

| COUNT | DATE | FIREARMS | FEDERAL FIREARMS LICENSEE |
|---|---|---|---|
| 5 | 5/28/2022 | One (1) Aero Precision, Model X-15, semi-automatic pistol, with serial number X460992 | JRC, in Palm Beach County, Florida |
| 6 | 7/9/2022 | One (1) FN Herstal, Model Five-Seven, 5.7x28 caliber semi-automatic pistol, with serial number 386411511 and One (1) Century Arms, Model AP5 Storm, 9 millimeter semi-automatic pistol, with serial number T0624-21CD06055 | PJAMMO, LLC, in Broward County, Florida |

In violation of Title 18, United States Code, Sections 922(a)(6) and 2.

## FORFEITURE ALLEGATIONS

1.  The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **BRANDON ANTONINE BATTLE** and **RODNEY JOSEPH MARTIN JR.**, have an interest.

2.  Upon conviction of a violation of Title 18, United States Code, Section 922(a)(6), or any other criminal law of the United States, as alleged in this Indictment, the defendants shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

7

3. All pursuant to Title 18, United States Code, Section 924(d)(1) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
BRIAN RALSTON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

Brandon Antonine Battle, and
Rodney Joseph Martin Jr.

　　　　　　Defendants.　　　　　　/

CASE NO. 23-cr-80035-Rosenberg/Reinhart

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

Court Division: (Select One)
- [ ] Miami
- [ ] Key West
- [ ] FTL
- [✓] WPB
- [ ] FTP

New defendant(s)  [ ] Yes  [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days    [✓]
   - II  6 to 10 days   [ ]
   - III 11 to 20 days  [ ]
   - IV  21 to 60 days  [ ]
   - V   61 days and over [ ]

   (Check only one)
   - Petty       [ ]
   - Minor       [ ]
   - Misdemeanor [ ]
   - Felony      [✓]

6. Has this case previously been filed in this District Court? (Yes or No) No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) No

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) No

_____
Brian D. Ralston
Assistant United States Attorney
Court ID No.    A5502727

\*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: BRANDON ANTONINE BATTLE

Case No: 23-cr-80035-Rosenberg/Reinhart

Count 1:

Conspiracy to Make a False Statement to a Firearms Dealer

18 U.S.C. § 371
* **Max. Term of Imprisonment: 5 years**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release: 3 years to life term of supervised release**
* **Max. Fine: $250,000**
* **Special Assessment: $100**

Counts 2-6:

False Statement to a Firearms Dealer

18 U.S.C. § 922 (a)(6)
* **Max. Term of Imprisonment: 10 years**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release: 3 years to life term of supervised release**
* **Max. Fine: $250,000**
* **Special Assessment: $100**

**\*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: RODNEY JOSEPH MARTIN JR.

**Case No**: 23-cr-80035-Rosenberg/Reinhart

Count 1:

Conspiracy to Make a False Statement to a Firearms Dealer

18 U.S.C. § 371
* **Max. Term of Imprisonment: 5 years**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release: 3 years to life term of supervised release**
* **Max. Fine: $250,000**
* **Special Assessment: $100**

Counts 2-6:

False Statement to a Firearms Dealer

18 U.S.C. § 922(a)(6)
* **Max. Term of Imprisonment: 10 years**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release: 3 years to life term of supervised release**
* **Max. Fine: $250,000**
* **Special Assessment: $100**

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.